UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CYNTHIA MALDONADO and MICHELE HARDIN, on behalf of themselves, and on behalf of all others similarly situated,

Plaintiffs,

v.

IMPERIAL BEACH COMMUNITY CLINIC, a California medical corporation; and DOES 1–50, inclusive,

Defendants,

DONNA MACK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IMPERIAL BEACH COMMUNITY CLINIC,

Defendant,

Case No.:  3:26-cv-1312-CAB-JLB
Case No.:  3:26-cv-1371-CAB-JLB
Case No.:  3:26-cv-1594-CAB-JLB

**ORDER REMANDING CASES**

RAISEL PENA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IMPERIAL BEACH COMMUNITY CLINIC DBA IB Clinic, a California Corporation, and DOES 1–100,

Defendants,

Before the Court are three cases related to an alleged data breach at Imperial Beach Community Clinic.[1]  On May 8, 2026, the parties in the cases filed a joint stipulation that they will abide by the Court's decision on the motion to remand in *Mark Jesse Ramirez v. Imperial Beach Cmty. Clinic*, Case No. 3:26-cv-01326 (S.D. Cal. March 2, 2026) ("*Ramirez*").  On May 12, 2026, the Court remanded *Ramirez*.  [*Ramirez*, Doc. No. 15.]

Pursuant to the joint stipulation and the reasons stated in the *Ramirez* remand order, the Court **REMANDS** the *Maldonado*, *Mack*, and *Pena* cases.  The parties' request for a status conference is **DENIED AS MOOT**.  The Clerk of the Court shall **CLOSE** the cases.

It is **SO ORDERED**.

Dated: May 12, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] *Cynthia Maldonado, et al. v. Imperial Beach Cmty. Clinic*, Case No. 3:26-cv-01312 (S.D. Cal. March 2, 2026) ("*Maldonado*"); *Donna Mack v. Imperial Beach Cmty. Clinic*, Case No. 3:26-cv-01371 (S.D. Cal. March 4, 2026) ("*Mack*"); *Rasiel Pena v. Imperial Beach Cmty. Clinic*, Case No. 3:26-cv-01594 (S.D. Cal. March 13, 2026) ("*Pena*").

2

Case No.:  3:26-cv-1312-CAB-JLB
Case No.:  3:26-cv-1371-CAB-JLB
Case No.:  3:26-cv-1594-CAB-JLB